[No. 54237-1-I.  Division One.  September 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DELBERT BRANCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06608-1, Richard A. Jones, J., entered April 15, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Ellington, JJ.

[No. 54953-7-I.  Division One.  September 19, 2005.]

FISCAL DYNAMICS, INC., *Appellant*, v. ROBERT BADILLO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-2-02291-1, Michael F. Moynihan, J., entered August 20, 2004. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Grosse, JJ.

[No. 54983-9-I.  Division One.  September 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD NEIL EICHELBERGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09007-1, Sharon S. Armstrong, J., entered September 20, 2004. *Affirmed* by unpublished opinion per Appelwick, A.C.J., concurred in by Grosse and Baker, JJ.

[No. 55103-5-I.  Division One.  September 19, 2005.]

CARL A. LOMBARDI, *Appellant*, v. JTE CONSTRUCTION, INC., *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 03-2-31021-2, Paris K. Kallas, J., entered September 17 and October 22, 2004. *Reversed* by unpublished per curiam opinion.